UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER V. SHERRY,

    Plaintiff,

v.                                                        CASE NO. 8:16-cv-510-T-23JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

    A March 8, 2016 report (Doc. 6) by Magistrate Judge Julie S. Sneed recommends granting the plaintiff's motion to transfer this action. Over three weeks has passed, and no party objects. The report and recommendation (Doc. 6) is **ADOPTED**, and the motion (Doc. 5) to transfer is **GRANTED**. This action is **TRANSFERRED** to the District of Rhode Island.

    ORDERED in Tampa, Florida, on March 30, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE